COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| POWDER RIVER MINERAL PARTNERS, LLC, SUE MAY, FRED HERRING, LTD., LAFAYETTE BROWN HERRING, III, and HERBERT MINERALS, LTD., | § | No. 08-23-00058-CV |
| | § | Appeal from the |
| | § | 143rd Judicial District Court |
| Appellants, | § | of Reeves County, Texas |
| v. | § | (TC# 21-08-24105-CVR) |
| CIMAREX ENERGY CO., FORD CHAPMAN PROPERTIES, LLC, PECOS VALLEY PETROLEUM COMPANY, WILLIAM ROGER MAYS, FORD CHAPMAN MAYS, FORD CHAPMAN MAYS II, ANDREW HUGH MAYS, DONNA CALDWELL PROPERTIES, LLC, CALDWELL FAMILY TRUST, MARY WINTER ANDERSON, CHAPMAN PROPERTIES TRUST, CLIFFORD JAMES HARDWICK, MARK NETTLES HARDWICK, NANCY LOUISE GIERHART, SARAH HARDWICK BELL, HEATHER ANNE POTTS, ELIZABETH SUTTON HARDWICK, JULIE KATE OLDHAM, MATTHEW LYNN GIERHART, ROBIN LOUISE MORRISON, ELLEN HARDWICK ENRIGHT, AMY LOUISE FALCO, HELEN MARGARET HARMAN, ANNABELLE ELIZABETH MAYS, PEGASUS RESOURCES, LLC, GGM EXPLORATION, INC., TD MINERALS LLC, AND TILDEN CAPITAL MINERALS, LLC, | § § § § § § § § § § § § § | |
| Appellees. | § | |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF DECEMBER, 2023.


GINA M. PALAFOX, Justice

Before, Palafox, and Soto, JJ., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.), sitting by assignment